MINNIE WHARTON, Appellant, v. MANTON CONSTRUCTION CORPORATION,

Respondent.— Resettled order, in so far as appealed from, modified so as to provide that the provision for the extra allowance of $250 be stricken out, and as so modified affirmed, without costs. Defendant did not show a sufficient or adequate basis for the granting of the allowance in addition to the taxable costs, upon payment of which plaintiff had the right to discontinue irrespective of her motive. (*Telephonine Co.* v. *Douthitt*, 115 App. Div. 362.) Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Carswell, J., concurs in result.